B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**BUDAS, DALIUS** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Dale Remodeling and Construction, Inc.; DBA Dalius Painters, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-8574** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1966 Loomes Avenue**<br>**Downers Grove, IL**<br>ZIP Code **60516** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Dupage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)      Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **BUDAS, DALIUS** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X   /s/ Gregory D. Bruno**          **November 30, 2009**<br>Signature of Attorney for Debtor(s)          (Date)<br>**Gregory D. Bruno** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **BUDAS, DALIUS** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ DALIUS BUDAS**
Signature of Debtor   **DALIUS BUDAS**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**November 30, 2009**
Date

### Signature of Attorney*

X **/s/ Gregory D. Bruno**
Signature of Attorney for Debtor(s)

**Gregory D. Bruno**
Printed Name of Attorney for Debtor(s)

**Law Offices of Gregory D. Bruno**
Firm Name

**1807 N. Broadway**
**Melrose Park, IL 60160**

_____
Address

**(708) 343-4544  Fax: (708) 343-4670**
Telephone Number

**November 30, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **DALIUS BUDAS**

Debtor(s)

Case No.

Chapter  **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ DALIUS BUDAS**
                        **DALIUS BUDAS**
Date:    **November 30, 2009**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **DALIUS BUDAS** _____,    Case No. _____
                                         Debtor

                                                                          Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 185,500.00 | | |
| B - Personal Property | Yes | 5 | 26,744.87 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 249,546.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 1,185.79 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 18 | | 289,763.75 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 2,249.49 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,619.57 |
| Total Number of Sheets of ALL Schedules | | 37 | | | |
| Total Assets | | | 212,244.87 | | |
| Total Liabilities | | | | 540,495.54 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **DALIUS BUDAS**

_____,
Debtor

Case No. _____

Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 1,185.79 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 1,185.79 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 2,249.49 |
| Average Expenses (from Schedule J, Line 18) | 4,619.57 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 2,249.49 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 43,590.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 1,185.79 |
| 4. Total from Schedule F | | 289,763.75 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 334,539.54 |

B6A (Official Form 6A) (12/07)

In re    **DALIUS BUDAS**                                                  ,    Case No. _____
                                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Single-family, three bedroom townhome, purchased in 2004, located at 1966 Loomes Avenue, Downers Grove, Illinois** | **Debtor is sole owner of record** | H | 185,500.00 | 229,090.00 |

|  |  |  | Sub-Total > **185,500.00** | (Total of this page) |
|---|---|---|---|---|
|  |  |  | Total > **185,500.00** |  |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re     **DALIUS BUDAS**                                                          ,     Case No. _____
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash on hand**<br>**Location: 1966 Loomes Avenue, Downers Grove IL** | **H** | 50.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account (business)**<br>**Chase Bank, (f/k/a Washington Mutual), Downers Grove, IL** | **H** | 0.00 |
| | | **Checking account (business)**<br>**Chase Bank, (f/k/a Washington Mutual), Downers Grove, IL** | **H** | 0.00 |
| | | **Checking account (personal)**<br>**Chase Bank, Downers Grove, IL** | **H** | 100.00 |
| | | **Checking account (business)**<br>**Citibank, Downers Grove, IL** | **H** | 0.00 |
| | | **Checking account (personal)**<br>**Citibank, Downers Grove, IL** | **H** | 0.00 |
| | | **Checking account (business)**<br>**Charter One Bank, Westmont, IL** | **H** | 1.00 |
| | | **Checking account (business)**<br>**Charter One Bank, Westmont, IL** | **H** | 0.00 |
| | | **Checking account (business)**<br>**Fifth Third Bank, Naperville, IL** | **H** | 100.00 |
| | | **Checking account (personal)**<br>**Fifth Third Bank, Naperville, IL** | **H** | 100.00 |
| | | **Checking account**<br>**Charles Schwab Bank, Orlando, Florida** | **H** | 0.00 |
| | | **Stock brokerage account**<br>**Trade Station Securities, Plantation, Florida** | **H** | 2,118.86 |

Sub-Total >     **2,469.86**
(Total of this page)

__4__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **DALIUS BUDAS**                                          ,          Case No. _____
                                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Stock brokerage account **E*Trade Financial / E*Trade Clearing LLC, Merrifield, VA** | H | 0.01 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **One-half (1/2) of market value of misc. items of furniture co-owned with wife, to wit: TV, VCR, DVD player, sofa, end tables, bedroom sets, kitchen table & chairs, cookware, small appliances, stove, refrigerator, washer, dryer, computer & printer. Location: 1966 Loomes Avenue, Downers Grove IL** | J | 750.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Misc. items of man's and children's clothing Location: 1966 Loomes Avenue, Downers Grove IL** | H | 1,500.00 |
| 7. Furs and jewelry. | | **Misc. items of man's jewelry, to wit: wedding ring, watch & neck chain Location: 1966 Loomes Avenue, Downers Grove IL** | H | 300.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

Sub-Total >          2,550.01
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **DALIUS BUDAS**
_____,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% stock ownership interest in Dale Remodeling and Construction, Inc., an Illinois corporation, consisting of the business name and misc. hand tools, equipment & supplies used in Debtor's remodeling and construction business.** | H | 100.00 |
| | | **100% stock ownership interest in Dalius Painters, Inc., an Illinois corporation, consisting of the business name and misc. equipment and supplies (brushes, rollers, ladders & tarps) used in Debtor's painting business.** **Location: 1966 Loomes Avenue, Downers Grove IL** | H | 200.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >    300.00
(Total of this page)

Sheet  **2**  of  **4**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **DALIUS BUDAS**                                          ,    Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2000 Chevrolet Express van; 205,000 miles; fair condition Location: 1966 Loomes Avenue, Downers Grove IL** | H | 250.00 |
| | | **2007 Lexus RX-350 automobile; 68,000 miles; good condition Location: 1966 Loomes Avenue, Downers Grove IL** | H | 20,675.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Misc. tools, equipment and supplies used in Debtor's painting, remodeling and construction businesses Location: 1966 Loomes Avenue, Downers Grove IL** | H | 500.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >    21,425.00
(Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **DALIUS BUDAS** _____,    Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | | |
|---|---|---|
| Sub-Total > | | **0.00** |
| (Total of this page) | | |
| Total > | | **26,744.87** |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re   **DALIUS BUDAS**                                              ,   Case No. _____
                                    Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Cash on Hand** | | | |
| **Cash on hand** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |
| **Location: 1966 Loomes Avenue, Downers Grove IL** | | | |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking account (personal)** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Chase Bank, Downers Grove, IL** | | | |
| | | | |
| **Checking account (business)** | **735 ILCS 5/12-1001(b)** | **1.00** | **1.00** |
| **Charter One Bank, Westmont, IL** | | | |
| | | | |
| **Checking account (business)** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Fifth Third Bank, Naperville, IL** | | | |
| | | | |
| **Checking account (personal)** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Fifth Third Bank, Naperville, IL** | | | |
| | | | |
| **Stock brokerage account** | **735 ILCS 5/12-1001(b)** | **2,049.00** | **2,118.86** |
| **Trade Station Securities, Plantation, Florida** | | | |
| | | | |
| **Stock brokerage account** | **735 ILCS 5/12-1001(b)** | **0.01** | **0.01** |
| **E\*Trade Financial / E\*Trade Clearing LLC, Merrifield, VA** | | | |
| | | | |
| **Household Goods and Furnishings** | | | |
| **One-half (1/2) of market value of misc. items of furniture co-owned with wife, to wit:  TV, VCR, DVD player, sofa, end tables, bedroom sets, kitchen table & chairs, cookware, small appliances, stove, refrigerator, washer, dryer, computer & printer.** | **735 ILCS 5/12-1001(b)** | **750.00** | **750.00** |
| **Location: 1966 Loomes Avenue, Downers Grove IL** | | | |
| | | | |
| **Wearing Apparel** | | | |
| **Misc. items of man's and children's clothing** | **735 ILCS 5/12-1001(a)** | **1,500.00** | **1,500.00** |
| **Location: 1966 Loomes Avenue, Downers Grove IL** | | | |
| | | | |
| **Furs and Jewelry** | | | |
| **Misc. items of man's jewelry, to wit:  wedding ring, watch & neck chain** | **735 ILCS 5/12-1001(b)** | **300.00** | **300.00** |
| **Location: 1966 Loomes Avenue, Downers Grove IL** | | | |

___1___  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6C (Official Form 6C) (12/07) -- Cont.

In re    **DALIUS BUDAS** _____ ,    Case No. _____
                                                Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Stock and Interests in Businesses** | | | |
| **100% stock ownership interest in Dale Remodeling and Construction, Inc., an Illinois corporation, consisting of the business name and misc. hand tools, equipment & supplies used in Debtor's remodeling and construction business.** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **100% stock ownership interest in Dalius Painters, Inc., an Illinois corporation, consisting of the business name and misc. equipment and supplies (brushes, rollers, ladders & tarps) used in Debtor's painting business.**<br>**Location: 1966 Loomes Avenue, Downers Grove IL** | **735 ILCS 5/12-1001(b)** | **200.00** | **200.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2000 Chevrolet Express van; 205,000 miles; fair condition**<br>**Location: 1966 Loomes Avenue, Downers Grove IL** | **735 ILCS 5/12-1001(b)** | **250.00** | **250.00** |
| **2007 Lexus RX-350 automobile; 68,000 miles; good condition**<br>**Location: 1966 Loomes Avenue, Downers Grove IL** | **735 ILCS 5/12-1001(c)** | **219.00** | **20,675.00** |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| **Misc. tools, equipment and supplies used in Debtor's painting, remodeling and construction businesses**<br>**Location: 1966 Loomes Avenue, Downers Grove IL** | **735 ILCS 5/12-1001(d)** | **500.00** | **500.00** |
| | Total: | **6,219.01** | **26,744.87** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6D (Official Form 6D) (12/07)

In re **DALIUS BUDAS** , Case No. _____
                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **6100548-2712081674** <br><br> **Citibank, N.A.** <br> **Citibank, FSB** <br> **P.O. Box 790110** <br> **Saint Louis, MO 63179** | | - | Opened  4/14/06  Last Active  7/01/09 <br> **second mortgage / home equity line of credit** <br> **Single-family, three bedroom townhome, purchased in 2004, located at 1966 Loomes Avenue, Downers Grove, Illinois** | | | | | |
| | | | Value $                    **185,500.00** | | | | 64,305.00 | 43,590.00 |
| Account No. **0628693145** <br><br> **JPMorgan Chase Bank, NA** <br> **f/k/a Washington Mutual Bank, FA** <br> **P.O. Box 9001123** <br> **Louisville, KY 40290** | | - | Opened  4/09/03  Last Active  4/01/09 <br> **first mortgage** <br> **Single-family, three bedroom townhome, purchased in 2004, located at 1966 Loomes Avenue, Downers Grove, Illinois** | | | | | |
| | | | Value $                    **185,500.00** | | | | 164,785.00 | 0.00 |
| Account No. <br><br> **Representing:** <br> **JPMorgan Chase Bank, NA** | | | **Codilis & Associates, P.C.** <br> **15W030 N. Frontage Road** <br> **Burr Ridge, IL 60527** | | | | | |
| | | | Value $ | | | | | |
| Account No. **70400464002060001** <br><br> **Toyota Motor Credit** <br> **1111 W 22nd St., Ste. 420** <br> **Oak Brook, IL 60523** | | - | Opened  11/15/06  Last Active  9/25/09 <br> **auto loan** <br> **2007 Lexus RX-350 automobile; 68,000 miles; good condition** <br> **Location: 1966 Loomes Avenue, Downers Grove IL** | | | | | |
| | | | Value $                    **20,675.00** | | | | 20,456.00 | 0.00 |

__0__   continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | 249,546.00 | 43,590.00 |
| Total (Report on Summary of Schedules) | 249,546.00 | 43,590.00 |

B6E (Official Form 6E) (12/07)

In re __DALIUS BUDAS_____,   Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

__1___ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **DALIUS BUDAS** _____,   Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **account ending in 8574**<br><br>**Internal Revenue Service<br>United States Treasury<br>Cincinnati, OH 45999** | X | H | **tax period ending 12-31-2007**<br><br>**Claim for unpaid Form 1040 income taxes, interest, late fees and other penalties and charges** | | | | 1,185.79 | 1,185.79 | 0.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 1,185.79 | 1,185.79 | 0.00 |
|---|---|---|---|---|
| | Total (Report on Summary of Schedules) | 1,185.79 | 1,185.79 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                 Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **DALIUS BUDAS** ,   Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. 5584180005264166 <br><br> Advanta Bank Corp <br> P.O. Box 8088 <br> Philadelphia, PA 19101 | X | H | | | Opened 5/24/06 Last Active 5/01/09 <br> Misc. credit card purchases for food, clothes, gas, household goods and various sundry items. | | | | 23,815.00 |
| Account No. <br><br> Ajala, Dare <br> c/o Law Offices of R.S. Kohn, Ltd. <br> 425 W. Surf Street, Ste. 917 <br> Chicago, IL 60657 | X | H | | | on or about 5/7/2009 <br> All claims against Debtor for losses and damages incurred in fire at 12 Oaks Woodfield Gardens located at 4700 Arbor Drive, Rolling Meadows, IL | | | X | Unknown |
| Account No. 9 11 370111 01/31 <br><br> Allstate Indemnity Company <br> c/o Mark Van Zeelt <br> 340 W. Butterfield <br> Elmhurst, IL 60126 | - | | | | 2005 - 2006 <br> Claim for insurance premiums | | | | 589.00 |
| Account No. 3727-346892-92005 <br><br> American Express <br> Box 0001 <br> Los Angeles, CA 90096 | X | H | | | Opened 6/09/07 Last Active 2/01/09 <br> Misc. credit card purchases for food, clothes, gas, household goods and various sundry items. | | | | 10,835.00 |
| __17__ continuation sheets attached | | | | | Subtotal <br> (Total of this page) | | | | 35,239.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N:31062-091012   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **DALIUS BUDAS**                                                            Case No. _____
                                    ,
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Representing: American Express** | | | | GC Services Limited Partnership Collection Agency Division 6330 Gulfton Houston, TX 77081 | | | | |
| Account No. **-058471488015397683** **American Express Box 0001 Los Angeles, CA 90096** | | H | | Opened 7/01/00 Last Active 3/01/04 Credit account | | | | 0.00 |
| Account No. **12xd0919030000** **American Family Insurance Group American Family Mutual Ins. Co. 6000 American Parkway Madison, WI 53783** | X | H | | on or about 5/7/2009 All claims against Debtor for losses and damages incurred in fire at 12 Oaks Woodfield Gardens located at 4708 Arbor Drive, Rolling Meadows, IL | | X | | Unknown |
| Account No. **Aura Construction Corporation 8967 W. 91st Place Hickory Hills, IL 60457** | | H | | on or about 5/7/2009 All claims against Debtor for losses and damages incurred in fire at 12 Oaks Woodfield Gardens located at 4708 Arbor Drive, Rolling Meadows, IL | | X | | Unknown |
| Account No. **Representing: Aura Construction Corporation** | | | | Audrius Prismantas Registered Agent 8967 W. 91st Place Hickory Hills, IL 60457 | | | | |

Sheet no. __1__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **DALIUS BUDAS** ,                                    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **514021800776** <br><br> Barclays Bank Delaware<br>125 S. West Street<br>Wilmington, DE 19801 | | H | Opened  3/15/07  Last Active  6/01/09<br>Misc. credit card purchases for food, clothes, gas, household goods and various sundry items. | | | | 1,064.00 |
| Account No. <br><br> Beverly Glen Homeowners' Associatio<br>P.O. Box 426<br>Downers Grove, IL 60515 | | H | 2008 - 2009<br>Claim for overdue assessments, fees, costs, late charges & penalties. | | | | 1,029.00 |
| Account No. <br><br> Representing:<br>Beverly Glen Homeowners' Associatio | | | Dan Walker, Jr.<br>Registered agent &/or agent<br>211 W. Chicago Avenue, #118<br>Hinsdale, IL 60521 | | | | |
| Account No. <br><br> Representing:<br>Beverly Glen Homeowners' Associatio | | | Jerry Garner<br>1959 Loomes Avenue<br>Downers Grove, IL 60516 | | | | |
| Account No. <br><br> Beverly Glen Townhomes<br>P.O. Box 426<br>Downers Grove, IL 60515 | | H | 2008 - 2009<br>Claim for overdue assessments, fees, costs, late charges & penalties. | | | | 1,029.00 |

Sheet no. __2__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **3,122.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **DALIUS BUDAS** ,                                    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Representing: Beverly Glen Townhomes** | | | | **Dan Walker, Jr. Registered agent &/or agent 211 W. Chicago Avenue, #118 Hinsdale, IL 60521** | | | | |
| Account No. 4115-0726-2656-1503 **Capital One Capital One Bank (USA), N.A. P.O. Box 30281 Salt Lake City, UT 84130** | | H | | **Credit account** | | | | **Unknown** |
| Account No. 4246-3151-5001-8578 **Chase / Chase Bank USA, N.A. P.O. Box 15298 Wilmington, DE 19850** | X | H | | **Opened 11/28/07  Last Active  5/01/09 Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | **16,258.00** |
| Account No. 418581178166 **Chase / Chase Bank USA, N.A. P.O. Box 15298 Wilmington, DE 19850** | | H | | **Opened 10/30/08  Last Active  6/12/09 Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | **5,755.00** |
| Account No. 541822399775 **Chase / Chase Bank USA, N.A. P.O. Box 15298 Wilmington, DE 19850** | | H | | **Opened  9/29/08  Last Active  5/01/09 Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | **4,445.00** |

Sheet no. __3__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**26,458.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **DALIUS BUDAS**                                              Case No. _____
                                              ,
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **403115120056** <br><br> **Chase / Chase Bank USA, N.A.** <br> **P.O. Box 15298** <br> **Wilmington, DE 19850** | | H | | | Opened  2/10/00  Last Active 11/17/03 <br> Credit account | | | | 0.00 |
| Account No. **426688006554** <br><br> **Chase / Chase Bank USA, N.A.** <br> **P.O. Box 15298** <br> **Wilmington, DE 19850** | | H | | | Opened  2/11/04  Last Active 11/08/05 <br> Credit account | | | | 0.00 |
| Account No. **00450673062800** <br><br> **Chase / Chase Bank USA, N.A.** <br> **JPMorgan Chase Bank, N.A.** <br> **P.O. Box 9001022** <br> **Louisville, KY 40290** | X | H | | | 2005 - 2009 <br> Claim for balance due on line of credit | | | | 40,735.44 |
| Account No. <br><br> **Representing:** <br> **Chase / Chase Bank USA, N.A.** | | | | | JPMorgan Chase Bank <br> 201 N. Central Avenue, Floor 17 <br> Phoenix, AZ 85004 | | | | |
| Account No. **000003401758939** <br><br> **Chase / Chase Bank USA, N.A.** <br> **JPMorgan Chase Bank, NA** <br> **P.O. Box 260180** <br> **Baton Rouge, LA 70826** | X | H | | | 2009 <br> Claim for account overdraft | | | | 469.78 |

Sheet no. __4__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

41,205.22

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                       Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **DALIUS BUDAS**                                                    , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Representing:** <br>**Chase / Chase Bank USA, N.A.** | | | Integrity Financial Partners, Inc. <br>P.O. Box 11530 <br>Overland Park, KS 66207 | | | | |
| Account No. **111000001804235538** <br><br>**Chase / Chase Bank USA, N.A.** <br>**National Payment Services** <br>**P.O. Box 182223, Dept. OH1-1272** <br>**Columbus, OH 43218** | X | H | 2009 <br>**Claim for account overdraft** | | | | 763.44 |
| Account No. **111000001963985157** <br><br>**Chase / Chase Bank USA, N.A.** <br>**National Payment Services** <br>**P.O. Box 182223, Dept. OH1-1272** <br>**Columbus, OH 43218** | | H | 2009 <br>**Claim for account overdraft** | | | | 234.96 |
| Account No. **account ending in 1238** <br><br>**Chase / Chase Bank USA, N.A.** <br>**P.O. Box 15298** <br>**Wilmington, DE 19850** | | H | **Credit account** | | | | Unknown |
| Account No. **6219 9333 2013 5565** <br><br>**CIT Bank** <br>**2180 S. 1300 East, Ste. 250** <br>**Salt Lake City, UT 84106** | | H | 2007 - 2009 <br>**Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | 4,745.33 |

Sheet no. __5__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| |
|---|
| 5,743.73 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **DALIUS BUDAS**                                              ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1880428** <br><br> Citgo <br> c/o Hunter Warfield <br> 3111 W. Dr. Martin King Blvd., #200 <br> Tampa, FL 33607 | X | H | **2007 - 2009** <br> **Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | 760.50 |
| Account No. **920636505** <br><br> Citi / Citibank N.A. <br> Citibank Credit Services, Inc (USA) <br> P.O. Box 92350 <br> Albuquerque, NM 87199 | | H | **Opened 5/01/08 Last Active 5/04/09** <br> **Claim for checking account line of credit** | | | | 1,700.00 |
| Account No. **6035 3200 7691 5287** <br><br> Citibank (South Dakota), N.A. <br> Citibank Credit Services, Inc (USA) <br> P.O. Box 653095 <br> Dallas, TX 75265 | | H | **2005 - 2008** <br> **Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | 23,058.37 |
| Account No. **5588 8000 0661 7536** <br><br> Citibank (South Dakota), N.A. <br> Business Rewards MasterCard <br> P.O. Box 6925 <br> The Lakes, NV 88901 | X | H | **2005 - 2008** <br> **Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | 8,259.61 |
| Account No. **800750873** <br><br> Citibank N.A. <br> P.O. Box 87126 <br> Chicago, IL 60680 | X | H | **2009** <br> **Claim for account overdraft** | | | | 32.45 |

Sheet no. __6__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **33,810.93**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **DALIUS BUDAS**                                              ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 6011-0076-6031-3072 <br><br> **Discover Card / Discover Bank** <br> **Discover Financial Services LLC** <br> **P.O. Box 3008** <br> **New Albany, OH 43054** | | H | Opened 4/16/01  Last Active  7/01/09 <br> **Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | 7,458.00 |
| Account No. 4037660008006587 <br><br> **Elan Financial Service** <br> **777 E Wisconsin Ave** <br> **Milwaukee, WI 53202** | | H | Opened 5/01/08  Last Active  4/06/09 <br> **Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | 4,988.00 |
| Account No. 5178007919109348 <br><br> **First Premier Bank** <br> **601 S Minnesota Ave** <br> **Sioux Falls, SD 57104** | | H | Opened 8/03/09  Last Active 10/04/09 <br> **Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | 161.00 |
| Account No. 7982131140299475 <br><br> **GE Capital Financial Inc.** <br> **P.O. Box 103104** <br> **Roswell, GA 30076** | X | H | **2005 - 2008** <br> **Credit account** | | | | Unknown |
| Account No. 821 3114 029947 5 <br><br> **GE Money Bank / Lowe's** <br> **Attn:  Bankruptcy Dept.** <br> **P.O. Box 103104** <br> **Roswell, GA 30076** | X | H | **2005 - 2008** <br> **Misc. purchases of merchandise, supplies and materials on credit** | | | | 9,627.22 |

Sheet no. __7__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

22,234.22

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **DALIUS BUDAS**                                                                , Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5567356024932105<br><br>GreenSky Trade Credit<br>P.O. Box 724907<br>Atlanta, GA 31139 | X | H | Opened 12/13/07 Last Active 3/16/09<br>Misc. purchases of merchandise, supplies and materials on credit | | | | 3,399.00 |
| Account No. 01-10169248<br><br>HFC<br>P.O. Box 3425<br>Buffalo, NY 14240 | | H | Opened 8/11/03 Last Active 8/01/03<br>Credit account | | | | 0.00 |
| Account No. 6004-3001-0104-2221<br><br>HSBC / Menards<br>HSBC Retail Services<br>P.O. Box 17602<br>Baltimore, MD 21297 | | H | Opened 5/31/03 Last Active 5/01/09<br>Misc. purchases of merchandise, supplies and materials on credit | | | | 3,676.00 |
| Account No. 169601-1113347307<br><br>HSBC / Best Buy<br>P.O. Box 15519<br>Wilmington, DE 19850 | | H | Opened 2/13/02 Last Active 11/16/03<br>Charge Account | | | | 0.00 |
| Account No. 1101365201<br><br>HSBC / Carson's<br>P.O. Box 15521<br>Wilmington, DE 19805 | | H | Opened 3/30/01 Last Active 7/17/02<br>Charge Account | | | | 0.00 |

Sheet no. __8___ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      7,075.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **DALIUS BUDAS**
_____,                Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 1-1900000749<br><br>HSBC / HSBC Retail Services<br>P.O.15521<br>Wilmington, DE 19805 | | H | Opened  7/01/00  Last Active 11/01/00<br>Charge Account | | | | 0.00 |
| Account No. 60660110008<br><br>HSBC / HSBC Retail Services<br>P.O. 15521<br>Wilmington, DE 19805 | | H | Opened  7/01/00<br>Charge Account | | | | 0.00 |
| Account No. 1-1106786784<br><br>HSBC / HSBC Retail Services<br>P.O. 978<br>Wood Dale, IL 60191 | | H | Opened  7/01/01  Last Active  2/01/02<br>Credit account | | | | Unknown |
| Account No. 541601106786784<br><br>HSBC / Mitsu<br>90 Christiana Road<br>New Castle, DE 19720 | | H | Opened  7/25/01  Last Active  7/29/02<br>Charge Account | | | | 0.00 |
| Account No. 545800124461<br><br>HSBC Bank<br>P.O. Box 5253<br>Carol Stream, IL 60197 | | H | Opened  7/10/01  Last Active 11/01/03<br>Credit account | | | | 0.00 |

Sheet no. __9__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                  0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **DALIUS BUDAS**
,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **6004-3002-0076-3511** | | | | 2006 - 2008 Misc. purchases of merchandise, supplies and materials on credit | | | | |
| **HSBC Business Solutions** P.O. Box 5219 Carol Stream, IL 60197 | X | H | | | | | | 3,668.66 |
| Account No. **Claim No. 52641SG** | | | | on or about 5/7/2009 All claims against Debtor for losses and damages incurred in fire at 12 Oaks Woodfield Gardens located at 4708 Arbor Drive, Rolling Meadows, IL | | | X | |
| **Indian Harbor Insurance Company** 70 Seaview Avenue, Ste. 7 Stamford, CT 06902 | X | H | | | | | | Unknown |
| Account No. | | | | Foran Glennon Palendech & Ponzi 150 S. Wacker Drive, Ste. 1100 Chicago, IL 60606 | | | | |
| **Representing: Indian Harbor Insurance Company** | | | | | | | | |
| Account No. | | | | on or about 5/7/2009 All claims against Debtor for losses and damages incurred in fire at 12 Oaks Woodfield Gardens located at 4708 Arbor Drive, Rolling Meadows, IL | | | X | |
| **IR Design Elements, Inc.** 5950 Oakwood Drive 5M Lisle, IL 60532 | | H | | | | | | Unknown |
| Account No. | | | | Irenijus Virsila Registered Agent 5950 Oakwood Drive 5M Lisle, IL 60532 | | | | |
| **Representing: IR Design Elements, Inc.** | | | | | | | | |

Sheet no. __10__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,668.66

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **DALIUS BUDAS** _____,   Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1211-71621**<br><br>J.C. Licht / Epco<br>24196 Network Place<br>Chicago, IL 60673 | | H | **2009**<br>**Misc. purchases of merchandise, supplies and materials on credit** | | | | 3,823.72 |
| Account No. **XXXXX0673062800**<br><br>JPMorgan Chase Bank<br>AZ1-1004<br>201 N. Central Avenue, Floor 17<br>Phoenix, AZ 85004 | X | H | **2005 - 2009**<br>**Claim for balance due on line of credit** | | | | 39,460.32 |
| Account No. **0628693145**<br><br>JPMorgan Chase Bank, NA<br>c/o Washington Mutual Bank, FA<br>P.O. Box 9001123<br>Louisville, KY 40290 | | H | **Opened  4/09/03  Last Active  4/01/09**<br>**Claim for deficiency balance due on first mortgage** | | | | Unknown |
| Account No.<br><br>Representing:<br>JPMorgan Chase Bank, NA | | | Codilis & Associates, P.C.<br>15W030 N. Frontage Road<br>Burr Ridge, IL 60527 | | | | |
| Account No. **5140-2180-0776-6163**<br><br>Juniper<br>Card Services<br>P.O. Box 13337<br>Philadelphia, PA 19101 | | H | **2008 - 2009**<br>**Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | 860.30 |

Sheet no. __11__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **44,144.34**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **DALIUS BUDAS** _____,   Case No. _____
                                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Liberty Mutual Insurance Company**<br>**175 Berkeley Street**<br>**Boston, MA 02116** | X | H | on or about 5/7/2009<br>**All claims against Debtor for losses and damages incurred in fire at 12 Oaks Woodfield Gardens located at 4708 Arbor Drive, Rolling Meadows, IL** | | X | | **Unknown** |
| Account No. **821 3114 029947 5**<br><br>**Lowe's Commercial Services**<br>**Lowe's Business Account**<br>**P.O. Box 530970**<br>**Atlanta, GA 30353** | X | H | **2007 - 2009**<br>**Misc. purchases of merchandise, supplies and materials on credit** | | | | **9,627.22** |
| Account No. **6219 9333 2013 5565**<br><br>**MacMall Preferred Account**<br>**P.O. Box 105658**<br>**Atlanta, GA 30348** | | H | **2007 - 2009**<br>**Misc. purchases of merchandise, supplies and materials on credit** | | | | **4,745.33** |
| Account No. **6004-3001-0104-2221**<br><br>**Menards**<br>**c/o HSBC Retail Services**<br>**P.O. Box 17602**<br>**Baltimore, MD 21297** | | H | **Opened 5/31/03 Last Active 5/01/09**<br>**Misc. purchases of merchandise, supplies and materials on credit** | | | | **3,675.55** |
| Account No. **6004-3002-0076-3511**<br><br>**Menards**<br>**c/o HSBC Business Solutions**<br>**P.O. Box 5219**<br>**Carol Stream, IL 60197** | X | H | **2007 - 2009**<br>**Misc. purchases of merchandise, supplies and materials on credit** | | | | **3,668.66** |

Sheet no. __12__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**21,716.76**

B6F (Official Form 6F) (12/07) - Cont.

In re  **DALIUS BUDAS**                                                                    Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **827470** <br><br> **Nicor Gas** <br> **1844 Ferry Road** <br> **Naperville, IL 60563** | | H | | **Opened 2/07/05 Last Active 7/31/06** <br> **Claim for utility service** | | | | **Unknown** |
| Account No. **6011656205029716** <br><br> **Office Depot / Citibank SD** <br> **811 East 10th Street** <br> **Sioux Falls, SD 57103** | | H | | **Opened 2/01/02 Last Active 6/01/02** <br> **Credit account** | | | | **0.00** |
| Account No. <br><br> **Olukemi, Adeyemo** <br> **c/o Law Offices of R.S. Kohn, Ltd.** <br> **425 W. Surf Street, Ste. 917** <br> **Chicago, IL 60657** | X | H | | **on or about 5/7/2009** <br> **All claims against Debtor for losses and damages incurred in fire at 12 Oaks Woodfield Gardens located at 4708 Arbor Drive, Rolling Meadows, IL** | | X | | **Unknown** |
| Account No. **10702958** <br><br> **Oreck Direct, LLC** <br> **Oreck Financial Services, LLC** <br> **565 Mariott Drive, Ste. 300** <br> **Nashville, TN 37214** | | H | | **2009** <br> **Purchase of merchandise on credit** | | | | **65.52** |
| Account No. <br><br> **Representing:** <br> **Oreck Direct, LLC** | | | | **Alpat Company, Inc.** <br> **P.O. Box 1689** <br> **Slidell, LA 70459** | | | | |

Sheet no. __**13**__ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **65.52**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **DALIUS BUDAS**                                                    ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **PARENT-8321392**<br><br>**PPG Architectural Finishes, Inc.**<br>**5500 Corporate Way**<br>**Suite 500**<br>**Pittsburgh, PA 15237** | X | H | | **2009**<br>**Misc. purchases of merchandise, supplies and materials on credit** | | | | **2,108.64** |
| Account No.<br><br>**Prismantas, Audrius**<br>**8967 W. 91st Place**<br>**Hickory Hills, IL 60457** | | H | | **on or about 5/7/2009**<br>**All claims against Debtor for losses and damages incurred in fire at 12 Oaks Woodfield Gardens located at 4708 Arbor Drive, Rolling Meadows, IL** | | | X | **Unknown** |
| Account No. **0700741729**<br><br>**Providian**<br>**P.O. Box 9007**<br>**Pleasanton, CA 94566** | | H | | **Opened  2/01/00  Last Active 11/01/01**<br>**Credit account** | | | | **0.00** |
| Account No. **0900426337**<br><br>**Providian**<br>**P.O. Box 9007**<br>**Pleasanton, CA 94566** | | H | | **Opened  2/01/00  Last Active  8/01/00**<br>**Credit account** | | | | **Unknown** |
| Account No. **115012458**<br><br>**Sears / Citibank SD**<br>**P.O. Box 6189**<br>**Sioux Falls, SD 57117** | | H | | **Opened  2/15/02  Last Active  8/20/03**<br>**Charge Account** | | | | **0.00** |

Sheet no. __**14**__ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,108.64**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **DALIUS BUDAS** _____,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **517332383**<br><br>**Shell / Citibank SD**<br>**P.O. Box 6497**<br>**Sioux Falls, SD 57117** | | H | Opened 2/29/00 Last Active 10/01/01<br>Credit account | | | | 0.00 |
| Account No. **6749-5324-5**<br><br>**Sherwin Williams Company**<br>**1510 W. 55th Street**<br>**La Grange, IL 60525** | X | H | 2009<br>Misc. purchases of merchandise, supplies and materials on credit | | | | 7,233.16 |
| Account No.<br><br>Representing:<br>**Sherwin Williams Company** | | | CST Company<br>P.O. Box 33127<br>Louisville, KY 40232 | | | | |
| Account No.<br><br>Representing:<br>**Sherwin Williams Company** | | | Stein & Rotman<br>105 W. Madison Street<br>Chicago, IL 60602 | | | | |
| Account No. **6035320076915287**<br><br>**The Home Depot**<br>**Home Depot Credit Services**<br>**Processing Center**<br>**Des Moines, IA 50364** | | H | Opened 2/16/02 Last Active 6/07/09<br>Misc. purchases of merchandise, supplies and materials on credit | | | | 23,711.00 |

Sheet no. __15__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30,944.16

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **DALIUS BUDAS**                                    ,          Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5588 8000 0661 7536**<br><br>**The Home Depot**<br>**Home Depot Credit Services**<br>**P.O. Box 6925**<br>**The Lakes, NV 88901** | X | H | **2006 - 2008**<br>**Misc. purchases of merchandise, supplies and materials on credit** | | | | **8,259.61** |
| Account No. **09 WC 23585**<br><br>**Virsila, Irenijus**<br>**5950 Oakwood Drive, 5M**<br>**Lisle, IL 60532** | X | H | **on or about 5/7/2009**<br>**Workers' compensation claim for personal injuries, losses and damages, and/or all other claims, against Debtor, arising from fire at 12 Oaks Woodfield Gardens located at 4708 Arbor Drive, Rolling Meadows, IL** | | X | | **Unknown** |
| Account No.<br><br>Representing:<br>Virsila, Irenijus | | | **Corboy & Demetrio**<br>**33 N. Dearborn Street**<br>**Chicago, IL 60602** | | | | |
| Account No.<br><br>Representing:<br>Virsila, Irenijus | | | **Cronin, Peters & Cook**<br>**221 N. LaSalle Street, Ste. 1454**<br>**Chicago, IL 60601** | | | | |
| Account No. **111000001963985157**<br><br>**WAMU / Chase Bank**<br>**P.O. Box 182223**<br>**Dept. OH1-1272**<br>**Columbus, OH 43218** | | H | **2008 - 2009**<br>**Claim for balance due on account** | | | | **234.96** |

Sheet no. __16__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **8,494.57**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **DALIUS BUDAS** _____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 5856370690442968<br><br>WFNNB / Room Place<br>WFNNB - Bankruptcy Department<br>P.O. Box 182125<br>Columbus, OH 43218 | | H | | Opened 12/07/07  Last Active 10/01/09<br>Charge Account | | | | 3,733.00 |
| Account No. **Claim No. 52641SG**<br><br>XL Specialty Insurance Company<br>XL Capital Ltd.<br>100 Constitution Plaza, 17th Floor<br>Hartford, CT 06103 | X | H | | on or about 5/7/2009<br>All claims against Debtor for losses and damages incurred in fire at 12 Oaks Woodfield Gardens located at 4708 Arbor Drive, Rolling Meadows, IL | | | X | **Unknown** |
| Account No.<br><br>Representing:<br>XL Specialty Insurance Company | | | | Foran Glennon Palendech & Ponzi<br>150 S. Wacker Drive, Ste. 1100<br>Chicago, IL 60606 | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __17__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | | **3,733.00** |
| Total<br>(Report on Summary of Schedules) | | **289,763.75** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re   **DALIUS BUDAS**                    ,     Case No. _____

                                      Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **DALIUS BUDAS**                                                    ,    Case No. _____

                                        Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Dalius Painters, Inc.**<br>**1966 Loomes Avenue**<br>**Downers Grove, IL 60516** | **Indian Harbor Insurance Company**<br>**70 Seaview Avenue, Ste. 7**<br>**Stamford, CT 06902** |
| **Dalius Painters, Inc.**<br>**1966 Loomes Avenue**<br>**Downers Grove, IL 60516** | **XL Specialty Insurance Company**<br>**XL Capital Ltd.**<br>**100 Constitution Plaza, 17th Floor**<br>**Hartford, CT 06103** |
| **Dalius Painters, Inc.**<br>**1966 Loomes Avenue**<br>**Downers Grove, IL 60516** | **Liberty Mutual Insurance Company**<br>**175 Berkeley Street**<br>**Boston, MA 02116** |
| **Dalius Painters, Inc.**<br>**1966 Loomes Avenue**<br>**Downers Grove, IL 60516** | **Virsila, Irenijus**<br>**5950 Oakwood Drive, 5M**<br>**Lisle, IL 60532** |
| **Dalius Painters, Inc.**<br>**1966 Loomes Avenue**<br>**Downers Grove, IL 60516** | **American Family Insurance Group**<br>**American Family Mutual Ins. Co.**<br>**6000 American Parkway**<br>**Madison, WI 53783** |
| **Dalius Painters, Inc.**<br>**1966 Loomes Avenue**<br>**Downers Grove, IL 60516** | **Advanta Bank Corp**<br>**P.O. Box 8088**<br>**Philadelphia, PA 19101** |
| **Dalius Painters, Inc.**<br>**1966 Loomes Avenue**<br>**Downers Grove, IL 60516** | **American Express**<br>**Box 0001**<br>**Los Angeles, CA 90096** |
| **Dalius Painters, Inc.**<br>**1966 Loomes Avenue**<br>**Downers Grove, IL 60516** | **Chase / Chase Bank USA, N.A.**<br>**JPMorgan Chase Bank, N.A.**<br>**P.O. Box 9001022**<br>**Louisville, KY 40290** |
| **Dalius Painters, Inc.**<br>**1966 Loomes Avenue**<br>**Downers Grove, IL 60516** | **Chase / Chase Bank USA, N.A.**<br>**JPMorgan Chase Bank, NA**<br>**P.O. Box 260180**<br>**Baton Rouge, LA 70826** |
| **Dalius Painters, Inc.**<br>**1966 Loomes Avenue**<br>**Downers Grove, IL 60516** | **Chase / Chase Bank USA, N.A.**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** |

**2**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **DALIUS BUDAS** _____,   Case No. _____
                                          Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Dalius Painters, Inc.**<br>**1966 Loomes Avenue**<br>**Downers Grove, IL 60516** | **Chase / Chase Bank USA, N.A.**<br>**National Payment Services**<br>**P.O. Box 182223, Dept. OH1-1272**<br>**Columbus, OH 43218** |
| **Dalius Painters, Inc.**<br>**1966 Loomes Avenue**<br>**Downers Grove, IL 60516** | **Citgo**<br>**c/o Hunter Warfield**<br>**3111 W. Dr. Martin King Blvd., #200**<br>**Tampa, FL 33607** |
| **Dalius Painters, Inc.**<br>**1966 Loomes Avenue**<br>**Downers Grove, IL 60516** | **Citibank (South Dakota), N.A.**<br>**Business Rewards MasterCard**<br>**P.O. Box 6925**<br>**The Lakes, NV 88901** |
| **Dalius Painters, Inc.**<br>**1966 Loomes Avenue**<br>**Downers Grove, IL 60516** | **Citibank N.A.**<br>**P.O. Box 87126**<br>**Chicago, IL 60680** |
| **Dalius Painters, Inc.**<br>**1966 Loomes Avenue**<br>**Downers Grove, IL 60516** | **GE Money Bank / Lowe's**<br>**Attn:  Bankruptcy Dept.**<br>**P.O. Box 103104**<br>**Roswell, GA 30076** |
| **Dalius Painters, Inc.**<br>**1966 Loomes Avenue**<br>**Downers Grove, IL 60516** | **GE Capital Financial Inc.**<br>**P.O. Box 103104**<br>**Roswell, GA 30076** |
| **Dalius Painters, Inc.**<br>**1966 Loomes Avenue**<br>**Downers Grove, IL 60516** | **GreenSky Trade Credit**<br>**P.O. Box 724907**<br>**Atlanta, GA 31139** |
| **Dalius Painters, Inc.**<br>**1966 Loomes Avenue**<br>**Downers Grove, IL 60516** | **The Home Depot**<br>**Home Depot Credit Services**<br>**P.O. Box 6925**<br>**The Lakes, NV 88901** |
| **Dalius Painters, Inc.**<br>**1966 Loomes Avenue**<br>**Downers Grove, IL 60516** | **HSBC Business Solutions**<br>**P.O. Box 5219**<br>**Carol Stream, IL 60197** |
| **Dalius Painters, Inc.**<br>**1966 Loomes Avenue**<br>**Downers Grove, IL 60516** | **JPMorgan Chase Bank**<br>**AZ1-1004**<br>**201 N. Central Avenue, Floor 17**<br>**Phoenix, AZ 85004** |
| **Dalius Painters, Inc.**<br>**1966 Loomes Avenue**<br>**Downers Grove, IL 60516** | **Lowe's Commercial Services**<br>**Lowe's Business Account**<br>**P.O. Box 530970**<br>**Atlanta, GA 30353** |

Sheet __1__ of __2__ continuation sheets attached to the Schedule of Codebtors

In re     **DALIUS BUDAS**                                                    ,     Case No. _____

Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Dalius Painters, Inc.**<br>**1966 Loomes Avenue**<br>**Downers Grove, IL 60516** | **Menards**<br>**c/o HSBC Business Solutions**<br>**P.O. Box 5219**<br>**Carol Stream, IL 60197** |
| **Dalius Painters, Inc.**<br>**1966 Loomes Avenue**<br>**Downers Grove, IL 60516** | **PPG Architectural Finishes, Inc.**<br>**5500 Corporate Way**<br>**Suite 500**<br>**Pittsburgh, PA 15237** |
| **Dalius Painters, Inc.**<br>**1966 Loomes Avenue**<br>**Downers Grove, IL 60516** | **Sherwin Williams Company**<br>**1510 W. 55th Street**<br>**La Grange, IL 60525** |
| **Dalius Painters, Inc.**<br>**1966 Loomes Avenue**<br>**Downers Grove, IL 60516** | **Olukemi, Adeyemo**<br>**c/o Law Offices of R.S. Kohn, Ltd.**<br>**425 W. Surf Street, Ste. 917**<br>**Chicago, IL 60657** |
| **Dalius Painters, Inc.**<br>**1966 Loomes Avenue**<br>**Downers Grove, IL 60516** | **Ajala, Dare**<br>**c/o Law Offices of R.S. Kohn, Ltd.**<br>**425 W. Surf Street, Ste. 917**<br>**Chicago, IL 60657** |
| **Laura Saladziute**<br>**1966 Loomes Avenue**<br>**Downers Grove, IL 60516** | **Internal Revenue Service**<br>**United States Treasury**<br>**Cincinnati, OH 45999** |

Sheet   **2**   of   **2**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re  __DALIUS BUDAS_____    Case No. _____
                          Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter**<br>**Son** | AGE(S):<br>**5**<br>**6 months** |

| Employment:* | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **self-employed painter** | |
| Name of Employer | **Dalius Painting, Inc.** | **none at present** |
| How long employed | **5 1/2 years** | |
| Address of Employer | **1966 Loomes Avenue**<br>**Downers Grove, IL 60516** | |

**\*See Attachment for Additional Employment Information**

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
|     b. Insurance | $ 0.00 | $ 0.00 |
|     c. Union dues | $ 0.00 | $ 0.00 |
|     d. Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 2,249.49 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 2,249.49 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 2,249.49 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 2,249.49 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6I (Official Form 6I) (12/07)

In re    **DALIUS BUDAS** _____      Case No. _____
                                    Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Attachment for Additional Employment Information

| Debtor | | |
|---|---|---|
| Occupation | **self-employed remodeler** | |
| Name of Employer | **Dale Remodeling & Construction, Inc.** | |
| How long employed | **7 months** | |
| Address of Employer | **1966 Loomes Avenue** | |
| | **Downers Grove, IL 60516** | |

B6J (Official Form 6J) (12/07)

In re  **DALIUS BUDAS** _____    Case No. _____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,464.34 |
| a. Are real estate taxes included?  Yes **X**  No ___ | | |
| b. Is property insurance included?  Yes **X**  No ___ | | |
| 2. Utilities:  a. Electricity and heating fuel | $ | 150.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 220.00 |
| d. Other  **See Detailed Expense Attachment** | $ | 85.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 500.00 |
| 5. Clothing | $ | 150.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 50.00 |
| 8. Transportation (not including car payments) | $ | 650.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 166.00 |
| e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 817.00 |
| b. Other  **Real estate association dues** | $ | 147.00 |
| c. Other  **Home equity line of credit** | $ | 220.23 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other _____ | $ | 0.00 |
| Other _____ | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 4,619.57 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | | |
|---|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ | 2,249.49 |
| b. | Average monthly expenses from Line 18 above | $ | 4,619.57 |
| c. | Monthly net income (a. minus b.) | $ | -2,370.08 |

B6J (Official Form 6J) (12/07)

In re   **DALIUS BUDAS**                                              Case No. _____
                                    Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| **Garbage removal** | $ | **20.00** |
| **Cable TV & internet service** | $ | **65.00** |
| **Total Other Utility Expenditures** | $ | **85.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **DALIUS BUDAS** _____     Case No. _____
                              Debtor(s)          Chapter    **7** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**39**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **November 30, 2009** _____        Signature    **/s/ DALIUS BUDAS** _____
                                                  **DALIUS BUDAS**
                                                  Debtor

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **DALIUS BUDAS**

Debtor(s)

Case No. _____

Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $11,800.00 | **2008: Debtor Self-Employment Income** |
| $14,950.00 | **2007: Debtor Self-Employment Income** |
| $5,174.00 | **2008: Wife Employment Income** |
| $4,203.00 | **2007: Wife Employment Income** |
| $19,729.26 | **2009 YTD: Husband Self-Employment Income** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                         SOURCE

**3. Payments to creditors**

None
☐

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Toyota Motor Credit 1111 W 22nd St., Ste. 420 Oak Brook, IL 60523** | **auto loan payments for September, October & November, 2009** | **$2,451.00** | **$20,456.00** |

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **JPMorgan Chase Bank, National Association vs. Dalius Budas, et. al. Case No. 2009 CH 002894** | **Debtor is a Defendant in a mortgage foreclosure lawsuit claiming a deficiency, if applicable, for mortgage principal, interest, fees & costs; see Schedules D & F** | **Circuit Court for the 18th Judicial District, Wheaton, DuPage County, Illinois** | **Pending and unresolved** |

None
■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5.  Repossessions, foreclosures and returns

None
■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6.  Assignments and receiverships

None
■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7.  Gifts

None
■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8.  Losses

None
■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

4

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Offices of Gregory D. Bruno**<br>**1807 N. Broadway**<br>**Melrose Park, IL 60160** | **November 17, 2009** | **$1,834.00 was paid for attorney's fees and filing costs for legal representation in Chapter 7 bankruptcy.** |

### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

5

**14.  Property held for another person**

None
■        List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER          DESCRIPTION AND VALUE OF PROPERTY          LOCATION OF PROPERTY

**15.  Prior address of debtor**

None
■        If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor
         occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate
         address of either spouse.

ADDRESS                                    NAME USED                              DATES OF OCCUPANCY

**16.  Spouses and Former Spouses**

None
■        If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California,
         Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding
         the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the
         debtor in the community property state.

NAME

**17.  Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous
or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited
to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

    "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly
    owned or operated by the debtor, including, but not limited to, disposal sites.

    "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material,
    pollutant, or contaminant or similar term under an Environmental Law

None
■        a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be
         liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and,
         if known, the Environmental Law:

                                 NAME AND ADDRESS OF            DATE OF              ENVIRONMENTAL
SITE NAME AND ADDRESS            GOVERNMENTAL UNIT             NOTICE               LAW

None
■        b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
         Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

                                 NAME AND ADDRESS OF            DATE OF              ENVIRONMENTAL
SITE NAME AND ADDRESS            GOVERNMENTAL UNIT             NOTICE               LAW

None
■        c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
         the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
         docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                           DOCKET NUMBER                        STATUS OR DISPOSITION

6

### 18 . Nature, location and name of business

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Dale Remodeling and Construction, Inc. | 27-0170917 | 1966 Loomes Avenue Downers Grove, IL 60516 | remodeling and construction business | 4/28/2009 to present |
| Dalius Painters, Inc. | 20-3209366 | 1966 Loomes Avenue Downers Grove, IL 60516 | residential and commercial painting business | 3/25/2004 to present |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                            ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                            DATES SERVICES RENDERED

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                        DATES SERVICES RENDERED

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                            ADDRESS
Dalius Budas                                    1966 Loomes Avenue
                                                Downers Grove, IL 60516

None ■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                               DATE ISSUED

### 20. Inventories

None ☐  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **November, 2009** | **Dalius Budas** | **$350.00, consisting of business name and misc. hand tools, equipment and supplies used in Debtor's remodeling and construction business, at fair market value; and $450.00, consisting of the business name and misc. equipment and supplies (brushes, rollers, ladders & tarps) used in Debtor's painting business, at fair market value** |

None ☐  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **November, 2009** | **Dalius Budas**<br>**1966 Loomes Avenue**<br>**Downers Grove, IL 60516** |

### 21 . Current Partners, Officers, Directors and Shareholders

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                        NATURE OF INTEREST                PERCENTAGE OF INTEREST

None ■  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                        TITLE                NATURE AND PERCENTAGE OF STOCK OWNERSHIP

### 22 . Former partners, officers, directors and shareholders

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                                ADDRESS                                DATE OF WITHDRAWAL

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                        TITLE                DATE OF TERMINATION

8

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **November 30, 2009**                    Signature    **/s/ DALIUS BUDAS**
                                                             **DALIUS BUDAS**
                                                             Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **DALIUS BUDAS** _____   Case No. _____

                                        Debtor(s)              Chapter   **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:**<br>**Citibank, N.A.** | **Describe Property Securing Debt:**<br>**Single-family, three bedroom townhome, purchased in 2004, located at 1966 Loomes Avenue, Downers Grove, Illinois** |
|---|---|

Property will be (check one):
  ☐ Surrendered            ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ■ Other.  Explain   **Debtor will retain collateral and continue to make regular payments.**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                   ■ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:**<br>**JPMorgan Chase Bank, NA** | **Describe Property Securing Debt:**<br>**Single-family, three bedroom townhome, purchased in 2004, located at 1966 Loomes Avenue, Downers Grove, Illinois** |
|---|---|

Property will be (check one):
  ☐ Surrendered            ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ■ Other.  Explain   **Debtor will retain collateral and continue to make regular payments.**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                   ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                    Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Toyota Motor Credit** | **Describe Property Securing Debt:**<br>**2007 Lexus RX-350 automobile; 68,000 miles; good condition**<br>**Location: 1966 Loomes Avenue, Downers Grove IL** |

Property will be (check one):
   ☐ Surrendered      ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ■ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt      ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES     ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **November 30, 2009**        Signature  **/s/ DALIUS BUDAS**
                                     **DALIUS BUDAS**
                                     Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re   **DALIUS BUDAS**                                             Case No.

_____ Debtor(s)      Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **1,535.00** |
| Prior to the filing of this statement I have received | $ | **1,535.00** |
| Balance Due | $ | **0.00** |

2.   $ **299.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

4.   The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **November 30, 2009**              **/s/ Gregory D. Bruno**
                                          **Gregory D. Bruno**
                                          **Law Offices of Gregory D. Bruno**
                                          **1807 N. Broadway**
                                          **Melrose Park, IL 60160**
                                          **(708) 343-4544   Fax: (708) 343-4670**

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in

installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| **Gregory D. Bruno** | X  **/s/ Gregory D. Bruno** | **November 30, 2009** |
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**1807 N. Broadway**
**Melrose Park, IL 60160**
**(708) 343-4544**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| | | |
|---|---|---|
| **DALIUS BUDAS** | X  **/s/ DALIUS BUDAS** | **November 30, 2009** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known) _____ | X _____ | |
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
### Northern District of Illinois

In re    **DALIUS BUDAS**
_____    Case No. _____
                                        Debtor(s)              Chapter    **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **119**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **November 30, 2009**                    **/s/ DALIUS BUDAS**
_____       _____
                                        **DALIUS BUDAS**
                                        Signature of Debtor

Advanta Bank Corp
P.O. Box 8088
Philadelphia, PA 19101


Ajala, Dare
c/o Law Offices of R.S. Kohn, Ltd.
425 W. Surf Street, Ste. 917
Chicago, IL 60657


Allstate Indemnity Company
c/o Mark Van Zeelt
340 W. Butterfield
Elmhurst, IL 60126


Alpat Company, Inc.
P.O. Box 1689
Slidell, LA 70459


American Express
Box 0001
Los Angeles, CA 90096


American Express
Box 0001
Los Angeles, CA 90096


American Family Insurance Group
American Family Mutual Ins. Co.
6000 American Parkway
Madison, WI 53783


Audrius Prismantas
Registered Agent
8967 W. 91st Place
Hickory Hills, IL 60457


Aura Construction Corporation
8967 W. 91st Place
Hickory Hills, IL 60457


Barclays Bank Delaware
125 S. West Street
Wilmington, DE 19801

Beverly Glen Homeowners' Associatio
P.O. Box 426
Downers Grove, IL 60515


Beverly Glen Townhomes
P.O. Box 426
Downers Grove, IL 60515


Capital One
Capital One Bank (USA), N.A.
P.O. Box 30281
Salt Lake City, UT 84130


Chase / Chase Bank USA, N.A.
P.O. Box 15298
Wilmington, DE 19850


Chase / Chase Bank USA, N.A.
P.O. Box 15298
Wilmington, DE 19850


Chase / Chase Bank USA, N.A.
P.O. Box 15298
Wilmington, DE 19850


Chase / Chase Bank USA, N.A.
P.O. Box 15298
Wilmington, DE 19850


Chase / Chase Bank USA, N.A.
P.O. Box 15298
Wilmington, DE 19850


Chase / Chase Bank USA, N.A.
JPMorgan Chase Bank, N.A.
P.O. Box 9001022
Louisville, KY 40290


Chase / Chase Bank USA, N.A.
JPMorgan Chase Bank, NA
P.O. Box 260180
Baton Rouge, LA 70826

Chase / Chase Bank USA, N.A.
National Payment Services
P.O. Box 182223, Dept. OH1-1272
Columbus, OH 43218


Chase / Chase Bank USA, N.A.
National Payment Services
P.O. Box 182223, Dept. OH1-1272
Columbus, OH 43218


Chase / Chase Bank USA, N.A.
P.O. Box 15298
Wilmington, DE 19850


CIT Bank
2180 S. 1300 East, Ste. 250
Salt Lake City, UT 84106


Citgo
c/o Hunter Warfield
3111 W. Dr. Martin King Blvd., #200
Tampa, FL 33607


Citi / Citibank N.A.
Citibank Credit Services, Inc (USA)
P.O. Box 92350
Albuquerque, NM 87199


Citibank (South Dakota), N.A.
Citibank Credit Services, Inc (USA)
P.O. Box 653095
Dallas, TX 75265


Citibank (South Dakota), N.A.
Business Rewards MasterCard
P.O. Box 6925
The Lakes, NV 88901


Citibank N.A.
P.O. Box 87126
Chicago, IL 60680


Citibank, N.A.
Citibank, FSB
P.O. Box 790110
Saint Louis, MO 63179

Codilis & Associates, P.C.
15W030 N. Frontage Road
Burr Ridge, IL 60527


Codilis & Associates, P.C.
15W030 N. Frontage Road
Burr Ridge, IL 60527


Corboy & Demetrio
33 N. Dearborn Street
Chicago, IL 60602


Cronin, Peters & Cook
221 N. LaSalle Street, Ste. 1454
Chicago, IL 60601


CST Company
P.O. Box 33127
Louisville, KY 40232


Dalius Painters, Inc.
1966 Loomes Avenue
Downers Grove, IL 60516


Dalius Painters, Inc.
1966 Loomes Avenue
Downers Grove, IL 60516


Dalius Painters, Inc.
1966 Loomes Avenue
Downers Grove, IL 60516


Dalius Painters, Inc.
1966 Loomes Avenue
Downers Grove, IL 60516


Dalius Painters, Inc.
1966 Loomes Avenue
Downers Grove, IL 60516


Dalius Painters, Inc.
1966 Loomes Avenue
Downers Grove, IL 60516

Dalius Painters, Inc.
1966 Loomes Avenue
Downers Grove, IL 60516


Dalius Painters, Inc.
1966 Loomes Avenue
Downers Grove, IL 60516


Dalius Painters, Inc.
1966 Loomes Avenue
Downers Grove, IL 60516


Dalius Painters, Inc.
1966 Loomes Avenue
Downers Grove, IL 60516


Dalius Painters, Inc.
1966 Loomes Avenue
Downers Grove, IL 60516


Dalius Painters, Inc.
1966 Loomes Avenue
Downers Grove, IL 60516


Dalius Painters, Inc.
1966 Loomes Avenue
Downers Grove, IL 60516


Dalius Painters, Inc.
1966 Loomes Avenue
Downers Grove, IL 60516


Dalius Painters, Inc.
1966 Loomes Avenue
Downers Grove, IL 60516


Dalius Painters, Inc.
1966 Loomes Avenue
Downers Grove, IL 60516


Dalius Painters, Inc.
1966 Loomes Avenue
Downers Grove, IL 60516

Dalius Painters, Inc.
1966 Loomes Avenue
Downers Grove, IL 60516

Dalius Painters, Inc.
1966 Loomes Avenue
Downers Grove, IL 60516

Dalius Painters, Inc.
1966 Loomes Avenue
Downers Grove, IL 60516

Dalius Painters, Inc.
1966 Loomes Avenue
Downers Grove, IL 60516

Dalius Painters, Inc.
1966 Loomes Avenue
Downers Grove, IL 60516

Dalius Painters, Inc.
1966 Loomes Avenue
Downers Grove, IL 60516

Dalius Painters, Inc.
1966 Loomes Avenue
Downers Grove, IL 60516

Dalius Painters, Inc.
1966 Loomes Avenue
Downers Grove, IL 60516

Dalius Painters, Inc.
1966 Loomes Avenue
Downers Grove, IL 60516

Dan Walker, Jr.
Registered agent &/or agent
211 W. Chicago Avenue, #118
Hinsdale, IL 60521

Dan Walker, Jr.
Registered agent &/or agent
211 W. Chicago Avenue, #118
Hinsdale, IL 60521

Discover Card / Discover Bank
Discover Financial Services LLC
P.O. Box 3008
New Albany, OH 43054


Elan Financial Service
777 E Wisconsin Ave
Milwaukee, WI 53202


First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104


Foran Glennon Palendech & Ponzi
150 S. Wacker Drive, Ste. 1100
Chicago, IL 60606


Foran Glennon Palendech & Ponzi
150 S. Wacker Drive, Ste. 1100
Chicago, IL 60606


GC Services Limited Partnership
Collection Agency Division
6330 Gulfton
Houston, TX 77081


GE Capital Financial Inc.
P.O. Box 103104
Roswell, GA 30076


GE Money Bank / Lowe's
Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076


GreenSky Trade Credit
P.O. Box 724907
Atlanta, GA 31139


HFC
P.O. Box 3425
Buffalo, NY 14240

HSBC  / Menards
HSBC Retail Services
P.O. Box 17602
Baltimore, MD 21297


HSBC / Best Buy
P.O. Box 15519
Wilmington, DE 19850


HSBC / Carson's
P.O. Box 15521
Wilmington, DE 19805


HSBC / HSBC Retail Services
P.O.15521
Wilmington, DE 19805


HSBC / HSBC Retail Services
P.O. 15521
Wilmington, DE 19805


HSBC / HSBC Retail Services
P.O. 978
Wood Dale, IL 60191


HSBC / Mitsu
90 Christiana Road
New Castle, DE 19720


HSBC Bank
P.O. Box 5253
Carol Stream, IL 60197


HSBC Business Solutions
P.O. Box 5219
Carol Stream, IL 60197


Indian Harbor Insurance Company
70 Seaview Avenue, Ste. 7
Stamford, CT 06902


Integrity Financial Partners, Inc.
P.O. Box 11530
Overland Park, KS 66207

Internal Revenue Service
United States Treasury
Cincinnati, OH 45999


IR Design Elements, Inc.
5950 Oakwood Drive 5M
Lisle, IL 60532


Irenijus Virsila
Registered Agent
5950 Oakwood Drive 5M
Lisle, IL 60532


J.C. Licht / Epco
24196 Network Place
Chicago, IL 60673


Jerry Garner
1959 Loomes Avenue
Downers Grove, IL 60516


JPMorgan Chase Bank
AZ1-1004
201 N. Central Avenue, Floor 17
Phoenix, AZ 85004


JPMorgan Chase Bank
201 N. Central Avenue, Floor 17
Phoenix, AZ 85004


JPMorgan Chase Bank, NA
f/k/a Washington Mutual Bank, FA
P.O. Box 9001123
Louisville, KY 40290


JPMorgan Chase Bank, NA
c/o Washington Mutual Bank, FA
P.O. Box 9001123
Louisville, KY 40290


Juniper
Card Services
P.O. Box 13337
Philadelphia, PA 19101

Laura Saladziute
1966 Loomes Avenue
Downers Grove, IL 60516


Liberty Mutual Insurance Company
175 Berkeley Street
Boston, MA 02116


Lowe's Commercial Services
Lowe's Business Account
P.O. Box 530970
Atlanta, GA 30353


MacMall Preferred Account
P.O. Box 105658
Atlanta, GA 30348


Menards
c/o HSBC Retail Services
P.O. Box 17602
Baltimore, MD 21297


Menards
c/o HSBC Business Solutions
P.O. Box 5219
Carol Stream, IL 60197


Nicor Gas
1844 Ferry Road
Naperville, IL 60563


Office Depot / Citibank SD
811 East 10th Street
Sioux Falls, SD 57103


Olukemi, Adeyemo
c/o Law Offices of R.S. Kohn, Ltd.
425 W. Surf Street, Ste. 917
Chicago, IL 60657


Oreck Direct, LLC
Oreck Financial Services, LLC
565 Mariott Drive, Ste. 300
Nashville, TN 37214

PPG Architectural Finishes, Inc.
5500 Corporate Way
Suite 500
Pittsburgh, PA 15237


Prismantas, Audrius
8967 W. 91st Place
Hickory Hills, IL 60457


Providian
P.O. Box 9007
Pleasanton, CA 94566


Providian
P.O. Box 9007
Pleasanton, CA 94566


Sears / Citibank SD
P.O. Box 6189
Sioux Falls, SD 57117


Shell / Citibank SD
P.O. Box 6497
Sioux Falls, SD 57117


Sherwin Williams Company
1510 W. 55th Street
La Grange, IL 60525


Stein & Rotman
105 W. Madison Street
Chicago, IL 60602


The Home Depot
Home Depot Credit Services
Processing Center
Des Moines, IA 50364


The Home Depot
Home Depot Credit Services
P.O. Box 6925
The Lakes, NV 88901

Toyota Motor Credit
1111 W 22nd St., Ste. 420
Oak Brook, IL 60523


Virsila, Irenijus
5950 Oakwood Drive, 5M
Lisle, IL 60532


WAMU / Chase Bank
P.O. Box 182223
Dept. OH1-1272
Columbus, OH 43218


WFNNB / Room Place
WFNNB - Bankruptcy Department
P.O. Box 182125
Columbus, OH 43218


XL Specialty Insurance Company
XL Capital Ltd.
100 Constitution Plaza, 17th Floor
Hartford, CT 06103